# Law Office of Tedd Kessler, P.C.
Counselors at Law
214-11 Northern Boulevard
Suite 200
Bayside, New York 11361

(212) 477-3200
Facsimile (212) 643-9814
e-mail:tekess54@gmail.com    NEW EMAIL ADDRESS

Connie Lim,
Of Counsel

October 12, 2021

<u>By ECF</u>
The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Glotser v. Boardwalk Regency
              1:20-cv-02654-JPC-SLC

Dear Honorable Judge Cave:

      This office represents the plaintiff in the above cited matter. This letter is filed jointly by plaintiff and defendant.

      The purpose of this letter is to inform the court that all fact discovery has been completed, but for a response by defendant to plaintiff's post-deposition Notice to Produce which requested two items related to plaintiff's membership in Caesar's rewards program. Defense counsel has requested this information from his client. Therefore, a thirty-day extension of time to complete this item of fact discovery is requested.

      Expert discovery is to be completed by December 15, 2021. A status letter with regard to expert discovery is to be provided to your Honor by December 22, 2021.

Honorable Judge Cave
Re: Glotser v. Boardwalk Regency
1:20-cv-02654-JPC-SLC
October 12, 2021
Page 2

    Thank you for your attention to this matter. Should you have any questions, please contact me.

Very truly yours,

Tedd Kessler

TK/hft
cc: Angelo Bianco
abianco@fullertonbeck.com
Edward Guardaro
eguardaro@fullertonbeck.com

t:\glotser, elena\memo-correspondence\lejudge ext disc 10-12-21.doc

---

The parties' request (ECF No. 42) for a 30-day extension of the fact discovery deadline for the limited purpose of allowing Defendant to respond to post-deposition requests for production (ECF No. 41) is GRANTED.  Defendant shall respond to the requests for production by **November 15, 2021**.  The parties shall file a joint letter certifying the completion of fact discovery by **November 22, 2021**. All other terms of the Court's order at ECF No. 40 remain in effect.

The Clerk of Court is respectfully directed to close ECF Nos. 41 and 42.

SO ORDERED     10/14/2021

SARAH L. CAVE
United States Magistrate Judge