UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELENA GLOTSER,

          Plaintiff,

-v-

BOARDWALK REGENCY LLC,

          Defendant.

CIVIL ACTION NO.: 20 Civ. 2654 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 14, 2021, the Court extended the fact discovery deadline to November 15, 2021, and directed the parties to file a joint letter certifying the completion of fact discovery by November 22, 2021.  (ECF No. 43 at 2 (the "Oct. 14 Order")).  To date, the parties have not done so.  Nonetheless, the Court sua sponte extends this deadline, and directs the parties to comply with the Oct. 14 Order by **November 30, 2021**.

Dated:      New York, New York
               November 29, 2021

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**